In the Matter of the Application of RICHARD P. LIMBURG, Appellant, for an Order Directing a Recanvass and for Other Relief Pursuant to the Provisions of Section 330 of the Election Law, against CARROL M. SNYDER and Others, as and Constituting the Board of Inspectors of the Second Election District of the Town of North Castle, JAMES H. SULLIVAN and ERNEST F. EILERT, as and Constituting the Board of Elections of Westchester County, WILLIAM C. DUELL and Others, as and Constituting the Board of Canvassers of Westchester County, Respondents.— The petition alleges that three ballots counted in the 1937 election were not cast by persons qualified to vote in the second election district of the town of North Castle, Westchester county, and prays that the board of inspectors be required to reconvene and eliminate said ballots from the count. The order from which the appeal is taken decreed that the votes were cast by qualified voters, and denied the application. Order reversed on the law, without costs, and the petitioner's application granted. It appears from the evidence that none of the three persons, who voted by means of absentee ballots from Washington, had a fixed abode or legal domicile in the town of North Castle. While a person may select a domicile by exercise of his intention, the conduct of the person is indicative of the intention. The three persons herein, having registered and voted in 1936 and previous years in the town of Bedford, thereby indicated their intention to place their domicile in that town. A domicile once established is presumed to continue until changed. The proof fails to show any intention to change the domiciles. (*Matter of Rooney*, 172 App. Div. 274.) Hagarty, Johnston, Adel, Taylor and Close, JJ., concur.

In the Matter of Supplementary Proceedings: JOHN JOSEPH TUITE and BRIDGET TUITE, Respondents, v. MALCOLM S. ULRICH, Appellant.— Order adjudging appellant in contempt of court, fining him the sum of $475 and directing his commitment upon his failure to pay the fine imposed affirmed, with fifty dollars costs and disbursements. No opinion. Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ., concur.

ROMALDO LASTRACCO, Respondent, v. JOHN HENEGAN, Appellant, and Others, Defendants.— Order denying motion to vacate the service of summons and complaint made as provided in sections 52 and 52-a of the Vehicle and Traffic Law affirmed, with ten dollars costs and disbursements, with leave to answer within ten days from the entry of the order hereon. The question of statutory limitation is not involved on this appeal. Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ., concur.